AMERICAN SURETY COMPANY OF NEW YORK, Respondent, *v.* CENTRAL HANOVER BANK AND TRUST COMPANY et al., Appellants.

LEE L. DALY et al., Copartners under the Firm Name of DALY & COMPANY, Respondents, *v.* CENTRAL HANOVER BANK AND TRUST COMPANY et al., Appellants.

(Argued April 21, 1936; decided May 19, 1936.)

*J. Joseph Noble, Charles I. Taylor* and *Joseph E. Woodson* for appellants.

*L. H. Surbeck, William W. Owens* and *Harry J. McIntyre* for respondents.

In each case, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.